## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IBEW Local No. 212 Pension Fund, et al. | : | Case No. 1:10 CV 816 |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | | Magistrate Judge Karen L. Litkovitz |
| vs | : | |
| Eunice Cannon, | : | **ORDER** |
| Defendant. | : | |

Upon the motion of Plaintiffs herein substituting Elizabeth Tye, Administrator of the Estate of Eunice Cannon, Deceased, as party defendant herein, which motion is not opposed, the Court hereby grants said motion. Attorney Elizabeth A. Tye (Lic. # OH0075936), whose address is 8260 Winton Road, Cincinnati Ohio 45231, Administrator of the Estate of Eunice Cannon, Deceased is hereby substituted as a party defendant in the place and stead of Eunice Cannon in the above-entitled action.

Karen Litkovitz
United States Magistrate Judge