# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IBEW LOCAL 212 PENSION FUND, et al.,  Case No. 1:10-cv-816
    Plaintiffs  Dlott, J.
      Litkovitz, M.J.

vs

EUNICE CANNON,  **ORDER**
    Defendant

This civil action came before the Court for a telephone status conference on March 22, 2013. Upon motion of plaintiffs, which is not opposed, the parties are granted an additional extension of time until April 15, 2013 to consummate the settlement in this case.

**IT IS SO ORDERED**.

Date: 3/22/13

Karen L. Litkovitz
United States Magistrate Judge